■ The People of the State of New York, Respondent, v. Glinton Dixon, Appellant.— Order of the Supreme Court, Kings County, dated November 10, 1964 (reargument was denied by order of said court dated March 2, 1965), affirmed. The voluntariness of the statement used at trial was never in issue. Moreover, such a statement is properly used for the purpose of

impeaching the credibility of a defendant (*People* v. *Kulis*, 18 N Y 2d 318). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.